# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY COLEMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA BANK OF NEW YORK AS TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2004-4 MORTGAGE-BACKED NOTES, SERIES 2004-4; *et al.*,<br>        Defendants. | Case No. 2:16-cv-01339-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant American Home Mortgage Investment Trust 2004-4 Mortgage Backed Notes failure to file a Certificate as to Interested Parties as required by LR 7.1-1. Defendant's Answer (ECF No. 35) in this matter was filed September 5, 2017. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, __Plaintiffs have failed to comply. Accordingly,

     **IT IS ORDERED** that Defendant shall file its Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **October 16, 2017.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

     DATED this 10th day of October, 2017.

                                                           _____
                                                            GEORGE FOLEY, JR.
                                                            United States Magistrate Judge